UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FUEL SERVICES, INC. AND<br>CHRISTOPHER J. CHASE<br><br>                              Plaintiffs,<br><br>v.<br><br>PAYLESS FOR OIL, LLC AND<br>DONALD PELTIER<br><br>                              Defendants | **Case Number:** 3:18-cv-30058<br>MGM |

## FIRST AMENDED VERIFIED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

### JURISDICTION AND VENUE

1. This Complaint arises under §§32, 34 (a), 34(d), 43(a) and 43(c) of the Lanham Act, 15 U.S.C. §§ 1114(1), 1116(a), 1117(d), 1125(a), and 1125 (d) as amended, and the statutory laws of the Commonwealth of Massachusetts.

2. This court has original subject matter jurisdiction over this action pursuant to 15 U.S.C. §1121 and 28 U.S.C. §§1331 and 1138. This Court has related claim jurisdiction over the state law tort claims pursuant to 28 U.S.C. §1138(b) and 28 U.S.C.1367. This court has subject matter jurisdiction over Plaintiffs' declaratory judgment claims pursuant to 28 U.S.C. §§ 1131, 1338(a), 2201 and 2202, and pursuant to 15 U.S.C. §1116.

3. This court has jurisdiction and venue over Defendants pursuant to 28 U.S.C. §1391(b) and (c) as Defendants reside in the United States District Court for the District of Massachusetts and a substantial part of the events giving rise to Plaintiffs' claims against the defendants occurred in the district, including substantial marketing, advertising, sales, and a physical location using the infringing marks.

## PARTIES

4. The plaintiff, Fuel Services, Inc., ("Fuel Services") is a Domestic Profit Corporation organized under the laws of Massachusetts on October 27, 1989, whose address is 95 Main Street, South Hadley Massachusetts 01075.

5. The plaintiff, Christopher J. Chase, (Chase") is an individual with a residential address of 25 Wheeler Drive, Enfield, CT 06082.

6. The defendant, Payless for Oil, LLC, is a Limited Liability Company organized under the laws of Massachusetts on March 7, 2016, whose address is 356 Granby Road, South Hadley, MA 01075.

7. The defendant, Donald Peltier, ("Peltier") is an individual with a residential address of 356 Granby Road, South Hadley, MA 01075.

8. Defendants, Payless for Oil, LLC and Peltier will be referred to collectively as the "infringing parties".

## FACTS

**The Plaintiffs used the mark and domain name PayLessFor Oil.com prior to the infringing parties' use of the name Pay Less For Oil, LLC and domain name Pay-LessForOil.com.**

9. Fuel Services provides home heating oil and propane delivery; heating service and installation; air conditioning service and installation; and propane service and installation.

10. Fuel Services owns and operates a division, PayLessForOil.com.

11. PayLessForOil.com was launched in 2011. Their first delivery of home heating oil was in October of 2011.

12. PayLessForOil.com was established in order to provide the lowest price possible for the highest quality heating oil in the Western Massachusetts area, and a few abutting northern Connecticut municipalities.

*Defendant, Peltier had prior conduct of confusing consumers via the internet.*

13. ABC investigative reporter, Brian Ross, presented a report on ABC World News with Diane Sawyer (anchored by David Muir) on or about September 21, 2012. The report involved domain names registered to Peltier collecting monies on behalf of the Republican National Committee and Democratic National Committees. The newscast that evening included a

video of Peltier at his home in South Hadley calling the police as Brian Ross and an ABC news cameraman were filming him at his home. The nationally televised video also included Peltier at the Fuel Services facility exiting a truck with the Fuel Services logo on it.

14. Peltier was employed by Fuel Services until his termination shortly after the ABC news report on September 21, 2012.

***The infringing parties are using marks confusingly similar to the PayLessForOil.com marks with the same types of goods and services that PayLessForOil.com offers.***

15. Employees and officers of Fuel Services started to receive complaints from customers of their division PayLessForOil.com that a website existed on the internet with the name **Payless For Oil, llc.** with a domain name of **Payless-foroil.com**.

16. PayLessForOil.com has served approximately 15,000 customers since its inception in October of 2011.

17. Google Analytical data reveals approximately 300,000 users to the paylessforoil.com website in the last two years alone. PayLessForOil.com has continuously been in business since October, 2011 until the date of the filing of this Complaint.

18. PayLessForOil.com has a reputation for and advertises on its website that they sell the least expensive fuel oil in the area.

19. PayLessForOil.com has been harmed by the infringing parties by confusing customers by resulting in the loss of customers, goodwill and profits.

***The infringing parties' website was created in bad faith against its former employer as it has no intention or ability to provide any services advertised on its infringing website.***

20. Massachusetts Secretary of the Commonwealth corporations division website indicates, Pay Less For Oil, LLC was organized March 7, 2016. The manager is Donald Peltier with an address of 356 Granby Road, South Hadley, MA 01075. The general character of the business on their filings indicates "Retail Store-Internet Sales (including independent sales on an auction site")."

3

21. Town of South Hadley Assessor's Data base indicates 356 Granby Road is owned by Earl C. Peltier and Beatrice C. Peltier with Donald B. Peltier having a life estate interest. Hampshire County Registry of Deeds: Book 08651; Page 323.
22. 356 Granby Road is zoned Residence A-1.
23. Town of South Hadley Zoning By-laws defines Residence A-1 as Low-Density Residential.
24. The application Google Earth shows an image of a home at 356 Granby Road, South Hadley. There are no fuel oil trucks or evidence of commerce at this location.
25. The infringing website has a photo of the PayLessForOil.com truck and a photo of Fuel Service's Vice President Christopher J. Chase.
26. The infringing website has the text "ARE YOU TIRED OF BLOATED FUEL PRICES" below the photo of Christopher J. Chase.
27. The photo of Fuel Services Vice President on the infringing website was taken from PayLessForOil.com website. This photo is owned by Plaintiff, Christopher Chase. This photo is from his wedding.
28. The infringing website contains the same company branding colors as PayLessForOil.com.
29. The infringing website advertises a similar delivery area as PayLessForOil.com
30. The infringing website has images and text identical or similar to PayLessForOil.com
31. PayLessForOil.com website contains the following wording, "If you're searching for low oil prices in Western MA or Northern CT, look no further. PayLessForOil.com is the area's leading discount heating oil provider, and it's plain to see why. Each time you visit our website, you'll find our most updated heating oil prices—always the cheapest around!"
32. The infringing website advertises, "we will provide you with the lowest fuel price in your area."
33. PayLessForOil.com website lists the current heating oil prices. As of 10/24/2017, the price listed for 100 gallons on PayLessForOil.com website was $2.089 per gallon.
34. The infringing website listed the price of 100 gallons as of 10/24/2017 of $1.92 per gallon.
35. Pursuant to the Mass.gov website on "Weekly Average Retail Heating Oil Price Survey", as of the week of 10/24/2017, the average price per gallon was $2.58 and the low is $1.95 per gallon.

36. The infringing parties have no capability of selling or delivering oil at their advertised price or at any price.
37. The prices published on the infringing website were done intentionally to deceive and confuse the consumer.
38. The domain name Payless-foroil.com is registered to Donald Peltier.
39. The plaintiffs sent a cease and desist letter to the infringing parties on September 13, 2017 via certified mail return receipt requested. Proof of receipt was received by counsel for the plaintiffs.
40. More recently, Peltier posted on the first page of his website that PAYLESS FOR OIL llc is "CLOSED". A copy of the first page of the Website is attached hereto as Exhibit A.
41. This "CLOSED" notice created an exodus of customers from Plaintiffs' PaylessForOil.com and is causing the plaintiff's' irreparable harm. See Exhibit B.

## COUNT ONE

## FEDERAL TRADEMARK INFRINGEMENT- 15 U.S.C. §1125(a)

42. The allegations of the foregoing paragraphs are incorporated herein by reference.
43. This is a claim for trademark infringement pursuant to 15 U.S.C. § 1051 et. seq.
44. Despite the plaintiffs' well-known prior rights, infringing parties have used and continue to use in commerce without the consent of Plaintiffs, Plaintiffs' mark through the Infringing Website in connection with the sale, offering for sale, distribution, and/or advertisings of goods and services by the infringing parties.
45. Such use is likely to cause confusion, mistake, or deception among consumers.

**WHEREFORE,** the plaintiffs pray that this Court award them compensatory damages, plus reasonable attorney's fees and costs pursuant to 15 U.S.C. §§ 1117.

## COUNT TWO

5

### ANTI-CYBERSQUATTING CONSUMER PROTECTION ACT- 15 U.S.C. §1125(d)

46. The allegations of the foregoing paragraphs are incorporated herein by reference.

47. The infringing parties have registered, trafficked in and used a domain name that is confusingly similar to plaintiff's trademark and had bad faith intent to profit from that domain name.

**WHEREFORE,** the plaintiffs pray that this Court award them compensatory damages, plus reasonable attorney's fees and costs pursuant to 15 U.S.C. §§ 1117 or in the alternative, statutory damages under 15 U.S.C. §1117(d).

### COURT THREE

### VIOLATIONS OF THE MASSACHUSETTS CONSUMER PROTECTION ACT

48. The allegations of the foregoing paragraphs are incorporated herein by reference.

49. This is a claim for unfair competition arising under Massachusetts General Laws c. 93A, §§ 2 and 11, *et seq.*

50. By reason of the foregoing acts, infringing parties have intentionally caused a likelihood of confusion among the public or has misled or deceived the public and thus unfairly competed with the Plaintiffs in violations of M.G.L. c. 93A, §§ 2 and 11.

51. Infringing parties' violations of M.G.L. c. 93A, §§ 2 and 11 have been willful and knowing since, at the latest, September 14, 2017, when the infringing parties received the Plaintiffs' cease and desist letter.

52. The actions of infringing parties occurred primarily in the Commonwealth of Massachusetts.

6

53. Plaintiffs are entitled to all remedies available under M.G.L. c. 93A, §§ 2 and 11, including treble damages, restitution, disgorgement, and injunctive relief.

54. By reason of infringing parties' actions, the infringing parties have irreparably injured Plaintiffs and the consumer recognition and goodwill associated with plaintiff's products, and *services*, and such injury will continue unless enjoined by the Court.

**WHEREFORE,** the Plaintiffs pray that they be awarded their damages plus interest, costs, double or treble their damages and reasonable attorney's fees.

### COUNT FOUR – DECLARATORY JUDGMENT

1. The allegations of the foregoing paragraphs are incorporated herein by reference.

2. The Defendants have created confusion in the marketplace among consumers

3. The Defendants have harmed the goodwill of the Plaintiffs' division, PayLessForOil.com.

4. The Defendants have intentionally diverted consumers from the Plaintiffs' website.

5. The Defendants have willfully, intentionally and with malice created this website to cause the Plaintiffs' harm.

6. The defendants have intentionally confused the public into thinking that the plaintiffs' division is "CLOSED", causing an exodus of customers.

**WHEREFORE,** Plaintiff demands judgment:

(a) Ordering the forfeiture; cancellation; or the transfer of the domain name, "payless-foroil.com" to the Plaintiffs.

(b) Ordering that the defendants provide a copy of the order to the Domain Name register for payless-foroil.com, Domain.com, LLC.

(c) ordering the permanent removal of the Defendants' website Pay Less For Oil, llc with the domain name "payless-foroil.com.

(d) permanently enjoining the Defendants from registering or establishing any similar domain name or website of the Plaintiffs

(e) permanently enjoining the Defendants from any type of advertising, sales, service with the mark pay less for oil within its name

(f) Granting such other relief as is just.

Respectfully Submitted,

PLAINTIFFS
FUEL SERVICES, INC.
CHRISTOPHER J. CHASE
BY THEIR ATTORNEY,

Dated: 4/11/18

/s/BartHeemskerk
Bart Heemskerk
75 Market Place
Springfield, MA 01103
Tel: (413) 239-3525
Fax: (413) 417-2235
bart@heemskerklawyer.com
BBO #: 548058

## VERIFICATION

I Stephan C. Chase, president of Fuel Services, swear that the factual allegations contained in this complaint are true to my personal knowledge.

Dated 4/11/18                                        /s/Stephan C. Chase

# EXHIBIT A



Due to a recent LAW SUIT, we will no longer provide fuel services in your area...

# EXHIBIT B

looking for help, I always got our oil from Payless oil, they no longer can deliver in Conn. Any recomendations I need oil delivered this week — looking for recommendations.



Looking for recommendations in
## Enfield, Connecticut
5 people recommended 5 places

 Post

Like    Comment    Share

 1

 Amy Elizabeth